

# COURT OF APPEALS

CATHERINE STONE
CHIEF JUSTICE
KAREN ANGELINI
SANDEE BRYAN
MARION
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.4THCOA.COURTS.STATE.TX.US

KEITH E. HOTTLE
CLERK OF
COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

July 17, 2014

Philip J. Lynch Jr.
17503 La Cantera Parkway, Suite 104-623
San Antonio, TX 78257
* DELIVERED VIA E-MAIL *

Daniel J. Kindred
38th Judicial District Attorney
3102 Avenue G
Hondo, TX 78861
* DELIVERED VIA E-MAIL *

David A. Ramirez
TDCJ# 01923368
Garza East Unit
4304 Highway 202
Beeville, TX 78102

RE:   Court of Appeals Number:   04-14-00237-CR
      Trial Court Case Number:   13-07-11311-CR
      Style:  David A. Ramirez
              v.
              The State of Texas

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause. Also enclosed is the appellate record consisting of three volumes of clerk's records and one volume of reporter's record.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Carmen De Leon
Deputy Clerk, Ext. 53262



# Fourth Court of Appeals
## San Antonio, Texas

July 17, 2014

No. 04-14-00237-CR

David A. **RAMIREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 13-07-11311-CR
The Honorable Camile G. Dubose, Judge Presiding

# O R D E R

    Appellant's motion for access to the appellate record is granted. We **order** the clerk of this court to send appellant, pro se, a copy of the record. We further **order** appellant's pro se brief is due **September 2, 2014**.  Appellant is advised that no extensions of time to file the pro se brief will be granted absent a showing of extraordinary circumstances.

_____
Luz Elena D. Chapa, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court